■ RICHARD NEILSEN et al., Respondents, v ANGELO CAS-

CELLO et al., Appellants. (And a Third-Party Action.)—Appeal by the defendants from an order of the Supreme Court, Richmond County, dated December 3, 1987.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Cusick at the Supreme Court, Richmond County. Mangano, J. P., Thompson, Brown and Sullivan, JJ., concur.